**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE No. **8:25-cv-01834-TPB-CPT**

KALIYA WALKER,
*individually and on behalf of all others similarly situated,,*

Plaintiff,

vs.

FASHION NOVA, LLC,

Defendant(s).

_________________________________/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Kaliya Walker, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice of Defendant FASHION NOVA, LLC in the above styled action. Defendant FASHION NOVA, LLC has not filed an answer or motion for summary judgment.

DATED: August 22, 2025

Respectfully Submitted,

/s/ Faaris K. Uddin .___

**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail:gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: (813) 340-8838

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Faaris K. Uddin_______
**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470

*COUNSEL FOR PLAINTIFF*



**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, Florida 33305 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com